Certificate Number: 05781-MIE-DE-041593232

Bankruptcy Case Number: 19-21162

05781-MIE-DE-041593232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 11:08 o'clock AM PDT, Sharon Cole completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President